DANIEL J. BRODERICK, Bar #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
ERIC V. KERSTEN, Bar #226429
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defenders
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
DAVID MARSHALL CRISP

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　*Plaintiff,*<br><br>　　v.<br><br>DAVID MARSHALL CRISP,<br><br>　　　　　*Defendant.* | No. 1:11-cr-00026 LJO<br><br>STIPULATION RE FILING OF QUITCLAIM DEED BY APRIL CRISP AND ORDER THEREON |

　　**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel, STANLEY A. BOONE, Assistant United States Attorney, attorney for the Plaintiff, and FRANCINE ZEPEDA, Assistant Federal Defender, attorney for Defendant, DAVID M. CRISP, as follows:

　　1)  The deed of trust and straight note was recorded on March 2, 2011, in the Kern County Recorder's Office;

　　2)  A Quitclaim Deed for the property located at 1500 Pacheco Road, Space 41, Bakersfield, California, 93307, shall be executed by April Crisp.  This deed shall be recorded at the Kern County Recorder's Office by 4:00 p.m., on Monday, March 7, 2011.  A copy of the filed Quitclaim Deed shall be provided to the United States by 4:00 p.m., Tuesday, March 8, 2011; and,

///

3) The government will agree to the release of David Crisp on Thursday, March 3, 2011.

Dated: March 3, 2011                                    BENJAMIN B. WAGNER
                                                        United States Attorney


                                                         /s/ *Stanley A. Boone*
                                                        STANLEY A. BOONE
                                                        Assistant United States Attorney
                                                        Attorney for Plaintiff


Dated:  March 3, 2011                                   DANIEL J. BRODERICK
                                                        FEDERAL DEFENDER


                                                         /s/ *Francine Zepeda*
                                                        FRANCINE ZEPEDA
                                                        Assistant Federal Defender
                                                        Attorney for Defendant
                                                        DAVID MARSHALL CRISP


# O R D E R

IT IS SO ORDERED.

Dated:   **March 4, 2011**                              **/s/ Gary S. Austin**
                                                        UNITED STATES MAGISTRATE JUDGE