DANIEL J. BRODERICK, Bar #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
ERIC V. KERSTEN, Bar #2264429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DAVID MARSHALL CRISP

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:11-cr-00026  LJO |
| *Plaintiff,* | ) | |
| v. | ) | **ORDER TO UNSEAL** |
| DAVID MARSHALL CRISP, ET AL., | ) | |
| *Defendants* | ) | Judge: Hon. Lawrence J. O'Neill |

    The Court hereby orders that the Order Appointing Coordinating Discovery Attorney Shazzie Naseem, filed under seal May 17, 2012, in the above-entitled matter, shall be unsealed.

IT IS SO ORDERED.

**Dated:**   **May 17, 2012**          /s/ Lawrence J. O'Neill
                                                      UNITED STATES DISTRICT JUDGE