DANIEL J. BRODERICK, #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DAVID MARSHALL CRISP

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:11-CR-00026 LJO |
| *Plaintiff*, | **WAIVER OF DEFENDANT'S PERSONAL PRESENCE;  ORDER THEREON** |
| v. | |
| DAVID MARSHALL CRISP, et al., | |
| *Defendants.* | Judge: Hon. Lawrence J. O'Neill |

The undersigned defendant, David Marshall Crisp, having been advised of his right to be present in person in open court upon the hearing of any motion or other pre-trial proceeding in this cause, including but not limited to, arraignment and/or initial appearance, status conference, motions hearing, when the case is ordered set for trial, when a continuance is ordered, hereby waives the right to be present at said hearings, and requests the court to allow his attorney to make such appearances on his behalf and to request the Court to set a motions schedule and/or schedule the matter for trial or such hearings as may be appropriate at a time mutually convenient to the court and counsel.  Defendant further hereby requests the court to proceed during every absence of his which the court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if defendant were personally present.

///

Defendant makes this request as he resides in San Diego, California, and it is difficult and costly for him to attend court hearings where the purpose is solely to set new dates.

This request is made pursuant to Fed.R.Crim.P. 43(b)(3).

DATED: September 12, 2012

    /s/ *David Marshall Crisp*
DAVID MARSHALL CRISP, Defendant

    /s/ Francine Zepeda
FRANCINE ZEPEDA
Assistant Federal Defender
Attorney for Defendant
DAVID MARSHALL CRISP

# O R D E R

GOOD CAUSE APPEARING**, IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all non-substantive pretrial proceedings until further order.

DATED:  September 25, 2012

/s/ Lawrence J. O'Neill
LAWRENCE J. O'NEILL, Judge
United States District Court

Waiver of Defendant's Personal
Presence; ]Proposed} Order