DANIEL J. BRODERICK, Bar #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defenders
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
DAVID MARSHALL CRISP

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:11-CR-00026 LJO |
|---|---|---|
| Plaintiff, | ) ) ) | DEFENDANTS STIPULATION CONTINUING STATUS CONFERENCE AND ORDER THEREON |
| v. | ) ) | |
| DAVID MARSHALL CRISP, et al., | ) ) | DATE: October 9, 2012<br>TIME:  8:00 A.M. |
| Defendants. | ) ) | JUDGE: Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above captioned matter now scheduled for October 1, 2012, **may be continued to October 9, 2012 at 8:00 A.M.**

This continuance is requested as counsel needs additional time to discuss the options regarding discovery with the co-ordinating discovery attorney and other counsel, including the AUSA with the intent to appear in Court with a plan for discovery.  The requested continuance will conserve time and resources for both counsel and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense

///

///

1  preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

2
3  Dated: September 27, 2012                BENJAMIN B. WAGNER
                                            United States Attorney
4
                                             /s/ *Kirk E. Sherriff*
5                                           KIRK E. SHERRIFF
                                            Assistant United States Attorney
6                                           Attorney for Plaintiff

7
8  Dated:  September 27, 2012               /s/ *Katherine L. Hart*
                                            KATHERINE L. HART
                                            Attorney for Carlyle L. Cole
9
10 Dated:  September 27, 2012               /s/ *Anthony Capozzi*
                                            ANTHONY CAPOZZI
                                            Attorney for Julie D. Farmer
11
12 Dated:  September 27, 2012               /s/ *Carl Faller*
                                            CARL FALLER
                                            Attorney for Sneha R. Mohammadi
13
14 Dated:  September 27, 2012               /s/ *John Garland*
                                            JOHN GARLAND
                                            Attorney for Jayson P. Costa
15
16 Dated:  September 27, 2012               /s/ *Eric Fogderude*
                                            ERIC FOGDERUDE
                                            Attorney for Jeriel Salinas
17
18 Dated:  September 27, 2012               /s/ *Steven L.  Crawford*
                                            STEVEN LEON CRAWFORD
                                            Attorney for Robin D. Nguyen
19
20 Dated:  September 27, 2012               /s/ *Gary Huss*
                                            GARY HUSS
                                            Attorney for Jennifer Ann Crisp
21
22 Dated:  September 27, 2012               /s/ *Jeffrey T.  Hammerschmidt*
                                            Jeffrey T. HAMMERSCHMIDT
                                            Attorney for Caleb L. Cole
23
24 Dated: September 27, 2012                DANIEL J. BRODERICK
                                            FEDERAL DEFENDER
25
26                                          /s/ *Francine Zepeda*
                                            FRANCINE ZEPEDA
27                                          Assistant Federal Defender
                                            Attorney for Defendant
                                            DAVID MARSHALL CRISP
28
   ///

Stipulation Re Continuance of
Status Conference                    2

1
2                           **O R D E R**
3      **IT IS SO ORDERED**. For the reasons set forth above, the continuance requested is granted for
4 good cause and the Court finds the interest of justice outweighs the interests of the public and the
5 defendant in a speedy trial.  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).
6
7      Dated: September 27 , 2012
8                                              /s/ Lawrence J. O'Neill
                                               LAWRENCE J. O'NEILL
9                                              United States District Court Judge