UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., | CASE NO. CR F 11-0026 LJO |
| Plaintiff, | **ORDER ON REQUEST TO DELAY TRIAL**<br>(Doc. 261.) |
| vs. | |
| JULIE DIANE FARMER, | |
| Defendant. | |

This Court has reviewed defendant Julie Diane Farmer's Request for Delay of Jury Trial, requesting the trial be moved from January 28, 2014 to February 4, 2014. The request represents that no counsel for any party is opposed. Based on such representation, the request is granted with understandings that: (1) time is excluded until the new date for trial (counsel have 5 court days to object); and (2) trial of this action may trail a day or two as this Court completes trial in another action that will be heard in place of this action on January 28, 2014.

IT IS SO ORDERED.

Dated:   **November 26, 2013**           **/s/ Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE

1