HEATHER E. WILLIAMS, #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561

Attorney for Defendant
DAVID MARSHALL CRISP

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DAVID MARSHALL CRISP, ) <br> ) <br> Defendant. ) <br> ) <br> ) | Case No. 1:11-cr-00026 LJO <br><br> STIPULATION TO CONTINUE SENTENCING HEARING AND ORDER <br><br> DATE:  March 31, 2014 <br> TIME:  8:30 a.m. <br> JUDGE: Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record, that the sentencing hearing as to David Marshall Crisp, currently set for Monday, March 3, 2014, may be continued to March 31, 2014 at 8:30 a.m.

The reason for this continuance is to allow the defendant additional time to properly prepare for sentencing. This is a massive case with extensive discovery. Also, the defense just received a summary of the victims' restitution requests from the United States Probation Office on February 20, 2014. The summary lists 25 victims and 110 properties. The claimed restitution amount is $28,516,887.47. The government does not object to defendant David Crisp's request to continue his sentencing hearing to March 31, 2014.

/ / /

/ / /

1  The parties further stipulate and jointly request that the Court extend the deadline to file formal objections to the PSR to one week prior to the continued sentencing date.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: February 20, 2014      By:   /s/ *Kirk E. Sherriff*
                                    KIRK E. SHERRIFF
                                    Assistant United States Attorney
                                    Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED: February 20, 2014      By:   /s/ *Eric V. Kersten*
                                    ERIC V. KERSTEN
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    DAVID MARSHALL CRISP

**O R D E R**

IT IS SO ORDERED.

Dated:   **February 21, 2014**            /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE