IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>               v.<br><br>DAVID MARSHALL CRISP,<br><br>                          Defendant. | Case No.  1:11-CR-00026-JLT-1<br><br>ORDER REFERRING MOTION FOR RECONSIDERATION RE COMPASSIONATE RELEASE TO THE FEDERAL DEFENDER'S OFFICE; SCHEDULING ORDER |

On March 4, 2022, Defendant David Marshall Crisp filed a *pro se* motion for reconsideration (Doc. 676) of the previously assigned judge's order denying his motion to reduce sentence (Doc. 675) pursuant to Title 18, United States Code, Section 3582(c)(2) ("Section 3582 Motion").

///
///
///
///
///
///
///
///
///

1

Pursuant to Eastern District of California General Order 595, the Federal Defender's Office ("FDO") is hereby re-appointed to represent Defendant in this matter. **On or before April 15, 2022**, the FDO (or conflict counsel) shall file a supplement to Defendant's *pro se* Section 3582 Motion **or** shall notify the Court that it does not intend to file a supplement to the motion. The government shall have **21 days from the date of that filing** to file an opposition. Thereafter, Defendant shall have **14 days to file a reply**. Alternatively, the parties are free to stipulate to a reasonable schedule.

The Clerk of Court is DIRECTED to serve FDO's Panel Administrator, Connie Garcia (Connie_Garcia@fd.org), with a copy of this order.

IT IS SO ORDERED.

Dated:   **March 14, 2022**

*[signature]*
UNITED STATES DISTRICT JUDGE

2