| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
| | United States Attorney |
| 2 | KIRK E. SHERRIFF |
| | Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401 |
| | Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000 |
| | Facsimile: (559) 497-4099 |
| 5 | |
| 6 | Attorneys for Plaintiff |
| | United States of America |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:11-CR-00026-JLT |
|---|---|
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A); [PROPOSED] ORDER |
| v. | |
| DAVID MARSHALL CRISP, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. The defendant filed a *pro se* motion for reconsideration of compassionate release on March 4, 2022. Docket No. 676. The Court ordered the motion referred to the Office of the Federal Defender and issued a briefing schedule. Docket No. 678. The defendant filed a supplemental motion in support of his *pro se* motion for reconsideration of compassionate release on April 7, 2022. Docket No. 679. The government's response is currently due on April 28, 2022.

2. Counsel for the government requests additional time to obtain relevant records and draft the government's response to the defendant's motion. The defendant does not oppose the government's request.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

a) The government's response to the defendant's motion to be filed on or before May 5, 2022;

b) The defendant's reply to the government's response to be filed on or before May 19, 2022.

IT IS SO STIPULATED.

Dated:  April 28, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ KIRK E. SHERRIFF
KIRK E. SHERRIFF
Assistant United States Attorney

HEATHER E. WILLIAMS
Federal Defender

Dated:  April 28, 2022

/s/ CAROLYN WIGGIN
CAROLYN WIGGIN
Counsel for Defendant
DAVID MARSHALL CRISP

## [~~PROPOSED~~] ORDER

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

a) The government's response to the defendant's motion, Docket Nos. 676, 679, is due on or before May 5, 2022;

b) The defendant's reply to the government's response, if any, is due on May 19, 2022.

IT IS SO ORDERED.

Dated:  **April 28, 2022**

UNITED STATES DISTRICT JUDGE