PHILLIP A. TALBERT
United States Attorneys
KIRK E. SHERRIFF
HENRY CARBAJAL
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:11-CR-00026-JLT |
| Plaintiff, | ORDER GRANTING GOVERNMENT'S MOTION FOR EXTENSION OF TIME |
| v. | |
| DAVID MARSHALL CRISP, | |
| Defendant. | |

On November 28, 2022 the Government requested an extension of time to December 20, 2022, to file its response or opposition to defendant's *pro se* renewed motion for compassionate release motion (Docket No. 689).

Good cause appearing, IT IS HEREBY ORDERED that the Government's request for an extension is granted. The Government's response is now due December 20, 2022.

IT IS SO ORDERED.

Dated:   **November 29, 2022**

UNITED STATES DISTRICT JUDGE

1