PHILLIP A. TALBERT
United States Attorney
KIRK E. SHERRIFF
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:11-CR-00026-JLT |
|---|---|
| Plaintiff, | ORDER GRANTING GOVERNMENT'S MOTION FOR EXTENSION OF TIME |
| v. | |
| DAVID MARSHALL CRISP, | |
| Defendant. | |

On December 14, 2022, the Government requested an extension of time to January 12, 2023, to file its response or opposition to defendant's *pro se* renewed motion (third) for compassionate release (Docket No. 689).

IT IS HEREBY ORDERED that the Government's request for an extension is granted. The Government's response is now due January 12, 2023.

IT IS SO ORDERED.

Dated:   **December 15, 2022**

*[signature: Jennifer L. Thurston]*
UNITED STATES DISTRICT JUDGE

1