**HENNESSY LAW GROUP**
Timothy Hennessy State Bar No. 286317
1217 L Street
Bakersfield, CA 93301
Tel: (661) 237-7179
Fax: (661) 742-1898
Email: tph@hennessyatlaw.com
Attorney for DAVID MARSHALL CRISP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DAVID MARSHALL CRISP, <br><br> Defendant. | No. 1:11-cr-00026-JLT-1 <br><br> **MOTION TO TERMINATE CJA APPOINTMENT OF TIMOTHY HENNESSY AS ATTORNEY OF RECORD AND ORDER** |

On July 13, 2020, Timothy Hennessy appointed as counsel to represent Mr. Crisp in 1:11-cr-00026-JLT-1. The scope of the appointed representation was to file a Motion for Compassionate Release for Mr. Crisp. A ruling denying the motion was issued on August 18, 2021. Timothy Hennessy now moves to terminate his appointment under the Criminal Justice Act. Should Mr. Crisp require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated: March 20, 2023                                Respectfully submitted,

                                                     /s/*Timothy Hennessy*
                                                     Timothy Hennessy
                                                     Attorney for David Marshall Crisp

**ORDER**

Having reviewed the notice and found that attorney Timothy Hennessy has completed the services for which he was appointed, the Court hereby grants attorney Timothy Hennessy's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on David Marshal Crisp at the following address and to update the docket to reflect Defendant's pro se status and contact information.

David Marshall Crisp
23510-298
Atwater USP
U.S. PENITENTIARY
P.O. BOX 019001
ATWATER, CA  95301

IT IS SO ORDERED.

Dated:   **March 27, 2023**

UNITED STATES DISTRICT JUDGE