```
Carolyn D. Phillips,  #103045
Attorney at Law
P.O. Box 5622
Fresno, California  93755-5722
Telephone: (559)248-9833
cdp18@sbcglobal.net
```

Attorney for Defendant David Crisp

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:11-cr-00026 JLT |
|---|---|
| *Plaintiff,* | **STIPULATION TO MODIFY BRIEFING SCHEDULE; [Proposed] ORDER** |
| v. | |
| DAVID CRISP, | |
| *Defendant.* | |

The parties agree and stipulate to modify current briefing deadlines in this matter to allow the defense time to review the March 15, 2024, U.S. Supreme Court decision in *United States v. Pulsifer*, Case No. 22-340, and to confer with defendant.  The parties submit the following proposed modified briefing schedule:

1. Defendant's supplemental pleadings shall be filed no later than April 1, 2024.

2. Government's opposition shall be filed no later than May 8, 2024.

3. Defendant's reply brief shall be filed no later than May 29, 2024.

Dated: March 18, 2024                                         Respectfully Submitted,

/s/Carolyn D. Phillips
CAROLYN D. PHILLIPS
Attorney for Defendant
DAVID CRISP

*Stipulation to Modify Briefing Schedule; [Proposed] Order*                                                   1

Dated: March 18, 2024               PHILLIP A. TALBERT
                                    United States Attorney

                                    /s/Shelley Weger
                                    SHELLEY WEGER
                                    Assistant United States Attorney
                                    Attorney for Plaintiff


# [~~PROPOSED~~] ORDER

Having reviewed the parties' proposed modified briefing schedule for defendant Crisp's motion to reduce sentence, 18 U.S.C. § 3582(c)(2), the Court adopts the Modified Briefing Schedule.

The Supplemental Pleading Deadline: April 1, 2024. Opposition Deadline: May 8, 2024.  Reply Deadline:  May 29, 2024.

IT IS SO ORDERED.

Dated:  March 19, 2024

_____
UNITED STATES DISTRICT JUDGE

*Stipulation to Modify Briefing Schedule; [~~Proposed~~] Order*                                2