# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,

    v.

DAVID M. CRISP,

      Defendant.

Case No.  1:11-cr-00026-JLT

ORDER EXONERATING BOND AND DIRECTING CLERK OF COURT TO RECONVEY CASH BOND AND BOND SECURED BY RESIDENCE TO SURETY (Doc. 735)

Defendant was ordered released with conditions, including a $31,000 property bond and an unsecured $53,000 appearance bond with property owned by a third parties, Tony Navarro (Doc. 93, 100, 121, 122) and April Crisp. (Docs. 93, 100; 105; 106) In addition, he was required to surrender his passport. (Doc. 104 at 2) The sureties were advised that "If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void  . . ." (Doc. 100 at 1.)

On December 16, 2013, Defendant entered a guilty plea to charged offenses pursuant to a written plea agreement.  (Docs. 274, 284.)  On March 31, 2014, Defendant was sentenced and remanded to the custody of the United States Marshal.  (Docs. 408, 433) Defendant is currently in federal custody. Defendant filed a motion to have the property returned. (Doc. 735)

On January 21, 2026, the Court ordered the Government to show cause why the bond should

1

not be released to the surety or to file a non-opposition to the motion (Doc. 736) The government filed a non-opposition. (Doc. 737) The Court finds that Defendant has complied with the conditions of his bond and that no conditions remain to be satisfied.

Accordingly, IT IS HEREBY ORDERED THAT the $53,000 appearance bond, and the $31,000 property bond is exonerated. The Clerk of Court is DIRECTED to serve a copy of this order on the sureties and return them their property to the addresses on record.

IT IS SO ORDERED.

Dated:    **January 24, 2026**

UNITED STATES DISTRICT JUDGE

2